IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CECIL JOHNSON, JR.,

    Plaintiff,

vs.   Civ. No. 04-2140-B/P

CADILLAC OF MEMPHIS, et al.,

    Defendants.

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO WITHDRAW**

Before the court is plaintiff's Motion to Withdraw, filed June 7, 2005 (dkt #18). A review of the record shows that plaintiff did not comply with Local Rule 83.1(h) which states that

> no attorney of record may withdraw in any case except on written motion and court order. All motions for leave to withdraw shall include the reasons requiring withdrawal and the name and address of any substitute counsel. If the name of substitute counsel is not known, the motion shall set forth the name, address and telephone number of the client, as well as the signature of the client approving the withdrawal or a certificate of service on the client. Ordinarily, withdrawal will not be allowed if withdrawal will delay the trial of the action.

Therefore, plaintiff's motion is DENIED, without prejudice. The plaintiff may renew his motion by complying with Local Rule 83.1(h).

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

__June 8, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02140 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

William E. Norcross
NORCROSS LAW FIRM
890 Willow Tree Circle
Ste. 8
Cordova, TN 38018

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Cecil Johnson
91 North Belvedere
Apt. #15
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT