FILED BY /MV D.C.

05 JUN 23 AM 10:31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| CECIL JOHNSON, JR. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civ. No.: 04-2140-B/P<br>) |
| CADILLAC OF MEMPHIS, et. Al | )<br>)<br>) |

## ORDER ALLOWING COUNSEL TO WITHDRAW

THIS CAUSE came to be heard on the __22__ of __June__, 2005. After due notice to Plaintiff, Cecil Johnson, Jr., and upon the application of Darrell J. O'Neal to withdraw from representation of Plaintiff, Cecil Johnson, Jr., in the above cause. The Court upon consideration of said motion, statement of counsel, and the entire record before it, is of the opinion that the motion is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Darrell J. O'Neal, be and he is hereby discharged from further responsibility for the representation of Plaintiff, Cecil Johnson, Jr. in the above cause.

_____
JUDGE

DATE: __June 22, 2005__

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __6/23/05__

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02140 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

William E. Norcross
NORCROSS LAW FIRM
890 Willow Tree Circle
Ste. 8
Cordova, TN 38018

Cecil Johnson
91 North Belvedere
Apt. #15
Memphis, TN 38104

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT