IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 13  PM 3: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

CECIL JOHNSON, JR.,

      Plaintiff,

v.

                                    No. 04-2140-B/P

CADILLAC OF MEMPHIS,
CHRIS BLAYLOCK and
GARY BLAYLOCK,

      Defendants.

---

### ORDER OF REFERENCE

---

Before the court is Defendant Bud Davis Cadillac, Inc. d/b/a Cadillac-Saab of Memphis's

Motion for Protective Order filed on July 12, 2005.

This motion is referred to the United States Magistrate Judge for determination.  Any

objections to the magistrate judge's order shall be made within ten (10) days after service of the

order, setting forth particularly those portions of the order objected to and the reasons for the

objections.  Failure to timely assign as error a defect in the magistrate judge's order will

constitute a waiver of that objection.  See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 13ᵗʰ day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-13-05

(24)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02140 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

William E. Norcross
NORCROSS LAW FIRM
890 Willow Tree Circle
Ste. 8
Cordova, TN 38018

Cecil Johnson
91 North Belvedere
Apt. #15
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT