UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CECIL JOHNSON, JR.,

    Plaintiff,

v.

CADILLAC OF MEMPHIS, ET AL.,

    Defendants.

Civil Action No.
04-2140 BP

**MOTION GRANTED**
DATE: 8/12/05
J. DANIEL BREEN
U.S. DISTRICT COURT

FILED BY
AUG 12 2005
AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

## MOTION TO QUASH SUBPOENA

The Equal Employment Opportunity Commission (EEOC) files this Motion To Quash Subpoena served on Dwight Johnson, its Investigator in the Memphis District Office. The Motion to Quash is based on the following grounds:

1. The subpoena is defective because it fails to name the court from which it is issued and fails to state a command as required by Fed. R.. Civ. P. 45(a)(1).

2. The subpoena is defective because plaintiff failed to tender a witness fee as required by Fed. R. Civ. P. 45(b)(1).

3. The subpoena is defective because it fails to allow a reasonable time for compliance, Fed. R. Civ. P. 45(c)(3)(A)(i).

4. The subpoena subjects the EEOC to an undue burden.

5. Mr. Johnson's testimony is irrelevant as held by Judge Pham when he denied plaintiff's request for a subpoena for Mr. Johnson.

A Memorandum In Support of this Motion is incorporated by reference into this

document.

        Respectfully submitted,

        ERIC S. DREIBAND
        General Counsel

        JAMES L. LEE
        DEPUTY GENERAL COUNSEL

        GWENDOLYN YOUNG REAMS
        ASSOCIATE GENERAL COUNSEL

        KATHARINE W. KORES
        Regional Attorney
        TN BPR # 6283

        */s/ Terry Beck*
        TERRY BECK
        Supervisory Trial Attorney
        TN BPR # 9346

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        Memphis District Office
        1407 Union Avenue, Suite 621
        Memphis, TN 38104
        (901)544-0138

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was delivered via facsimile to the following:

> William E. Norcross
> Norcross Law Firm
> 890 Willow Tree Circle
> Suite 8
> Cordova, Tennessee 38018
> FAX NO. 752-1562

> Cecil Johnson, Jr.
> 91 North Belvedere, #15   *failed delivered*
> Memphis, Tennessee 38104   *hand*
> Prose (FAX) 278-8409

08/13/05
DATE

_Terry Beck_
Terry Beck

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CV-02140 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

William E. Norcross
NORCROSS LAW FIRM
890 Willow Tree Circle
Ste. 8
Cordova, TN 38018

Cecil Johnson
91 North Belvedere
Apt. #15
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT